IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABDUL AL-MUMIT
ASAD SHARIFF                                                                              PLAINTIFF

v.                                             CIVIL ACTION NO. 1:16cv131-HSO-JCG

RODERICK EVANS, *et al.*                                                         DEFENDANTS

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [57] of United States Magistrate Judge John C. Gargiulo, entered in this case on August 9, 2017; the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies [45] filed by Defendants Roderick Evans, Latrina Gamble, and Jaclynn Johnson on May 8, 2017; and the Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies [51] filed by Defendant Nurse Dawn M. Brown on June 2, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [57], Defendants' Motions [45], [51], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available administrative remedies.

**SO ORDERED AND ADJUDGED**, this the 12th day of September, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE